UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO SALIDO, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF PRISONS,<br><br>　　　　Defendants. | No.  1:23-cv-01395-SAB (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $402.00 FILING FEE<br><br>(ECF Nos. 3, 4) |

　　　Plaintiff is proceeding pro se in this action filed pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  Plaintiff filed the instant action on September 25, 2023.

　　　On September 28, 2023, the Court send Plaintiff a form application to proceed in forma pauperis in this action, and directed that Plaintiff either complete the application or pay the $402.00 within forty-five days.  (ECF No. 3.)

　　　On October 3, 2023, Plaintiff submitted a handwritten single page document requesting to proceed in forma pauperis stating that he earns about $5 a month and sometimes receives $50 from family and friends.  (ECF No. 4.)  Plaintiff is advised that he cannot proceed in this action without a properly completed application to proceed in forma pauperis on the form provided by the Court or payment of the $402.00 filing fee in full.  See 28 U.S.C. § 1915.

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis filed on October 3, 2023 (ECF No. 4) is denied, without prejudice;

2. The Clerk's Office shall send to Plaintiff the form for application to proceed in forma pauperis; and

3. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 3, 2023**                                 _____
                                                                                            UNITED STATES MAGISTRATE JUDGE

2