1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    IGNACIO SALIDO, JR,                    1:23-cv-01395 JLT-SAB

12                  Plaintiff,        ORDER GRANTING APPLICATION TO
                                      PROCEED IN FORMA PAUPERIS
13           v.                                    and
                                      ORDER DIRECTING PAYMENT
14    BUREAU OF PRISONS,              OF INMATE FILING FEE BY FCI MENDOTA

15                  Defendant.

16

17          Plaintiff is a federal prisoner proceeding pro se pursuant to 403 U.S. 388 (1971) and has

18    requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made

19    the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will

20    be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28

21    U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty

22    percent of the preceding month's income credited to plaintiff's trust account.  FCI Mendota is

23    required to send to the Clerk of the Court payments from plaintiff's account each time the amount

24    in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

25          In accordance with the above and good cause appearing therefore, IT IS HEREBY

26    ORDERED that:

27          1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

28          2.  **The Warden of FCI Mendota or his designee shall collect payments from**

                                        1

**plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.   The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Warden of FCI Mendota, at P.O. Box 39, Mendota, CA 93640.

4.   The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Sacramento Division.

5.   Within thirty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **October 26, 2023**

UNITED STATES MAGISTRATE JUDGE