1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    IGNACIO SALIDO, JR.,                    No.  1:23-cv-01395-JLT-SAB (PC)

12              Plaintiff,                     ORDER TO SHOW CAUSE WHY ACTION
                                               SHOULD NOT BE DISMISSED
13         v.
                                               (ECF No. 10)
14    BUREAU OF PRISONS,

15              Defendant.

16

17        Plaintiff is proceeding pro se in this action filed pursuant to Bivens v. Six Unknown

18   Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

19        On November 8, 2023, the Court screened Plaintiff's complaint, found no cognizable claim,

20   and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 10.)  Plaintiff failed to

21   file  an amended complaint or otherwise responded to the Court's order and the time to do so has

22   passed.  Accordingly, Plaintiff shall be ordered to show cause why the action should not be

23   dismissed for failure to comply with a court order, failure to prosecute, and failure to state a

24   cognizable claim.  (Id.)

25        Based on the foregoing, it is HEREBY ORDERED that:

26        1.    Within **fourteen (14)** days from the date of service of this order Plaintiff shall show

27              cause why the action should not be dismissed; and

28   ///

                                                  1

1      2.      Failure to comply with this order will result in a recommendation to dismiss this

2      action for the reasons stated above.

IT IS SO ORDERED.

Dated:   **December 19, 2023**

UNITED STATES MAGISTRATE JUDGE