UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO SALIDO, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>        Defendant. | No.  1:23-cv-01395-JLT-SAB (PC)<br><br>ORDER TERMINATING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 16) |

      Plaintiff is proceeding pro se in this action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).

      On March 1, 2024, Plaintiff filed a notice of voluntary dismissal.  (ECF No. 16.)

      "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " <u>Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.</u>, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. <u>Pedrina v. Chun</u>, 987 F.2d 608, 609 (9th Cir. 1993).

///

///

1

Here, no Defendant has filed an answer or motion for summary judgment in this case. Therefore, Plaintiff's notice of dismissal is effective as of the date it was filed, and this case shall be closed. (ECF No. 16.)

IT IS SO ORDERED.

Dated:  __**March 4, 2024**__

_____
UNITED STATES MAGISTRATE JUDGE